In the Matter of the Claim of ANNA LASER, Respondent, against GILMORE CAFETERIA, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 14, 1942; decided April 30, 1942.

*Julius J. Rosenberg, Lawrence E. Hoffman* and *Chester M. Ross* for appellants.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* and *Joseph A. McLaughlin* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.